No. 84–1661.   KIMMELMAN, ATTORNEY GENERAL OF NEW JERSEY, ET AL. *v.* MORRISON.   C. A. 3d Cir.   Motion of respond-

ent for leave to proceed *in forma pauperis* and certiorari granted.